

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00453-CV

———————————————

IN THE INTEREST OF Q.C. AND P.C., CHILDREN

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-686108-20

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After the trial court signed its November 13, 2023 "Order in Suit to Modify Parent–Child Relationship," Appellant K.C.[1] filed her pro se notice of appeal. This court subsequently learned that the trial court had signed an order vacating the November 13, 2023 order and ordering a new trial. We therefore notified the parties that the appeal appeared to be moot. We cautioned that we would dismiss the appeal for want of jurisdiction unless a party filed a response stating grounds for the appeal's continuing. *See* Tex. R. App. P. 42.3(a); *Stroik v. Stroik*, No. 02-21-00207-CV, 2022 WL 5240394, at *2 (Tex. App.—Fort Worth Oct. 6, 2022, no pet.) (mem. op.) ("Courts must dismiss moot cases for want of jurisdiction."). We have not received a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *In re S.O.*, No. 02-23-00065-CV, 2023 WL 3643637, at *1 (Tex. App.—Fort Worth May 25, 2023, no pet.) (mem. op.) (dismissing appeal as moot after trial court vacated appealed-from order).

Per Curiam

Delivered: April 25, 2024

---

[1]In accordance with Family Code Section 109.002, we use initials to refer to Appellant. *See* Tex. Fam. Code Ann. § 109.002(d).